**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MITZY LIMA, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

SPORTSMED PHYSICAL THERAPY LLC,

Defendant.

Case No. 2:26-cv-09959

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mitzy Lima, and Defendant SportsMed Physical Therapy LLC, by and through their counsel, hereby enter this Stipulation of Dismissal Without Prejudice.

Dated: August 31, 2026.

Respectfully submitted,

*/s/ Courtney Maccarone*
Courtney Maccarone (NJ 29842011)
**KOPELOWITZ OSTROW, P.A.**
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel.: (954) 332-4200
maccarone@kolawyers.com

*Counsel for Plaintiff and the Putative Class*

*/s/ Paul Bond*
Paul Bond
**HOLLAND & KNIGHT LLP**
1650 Market Street Suite 3300
Philadelphia, PA 19103
Tel: (215) 252-9535
paul.bond@hklaw.com

*Attorney for Defendant SportsMed Physical Therapy LLC*

SO ORDERED
September 1, 2026
s/ Evelyn Padin
HON. EVELYN PADIN
UNITED STATES DISTRICT JUDGE